```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

RORY SNOWDEN,                           )
                                        )
    Plaintiff,                          )          Case No.
                                        )          5:19-cv-192-JMH-MAS
v.                                      )
                                        )          **JUDGMENT**
                                        )
SCHNEIDER ELECTRIC USA, INC.,           )
                                        )
    Defendant.                          )

                                  ***

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) This matter is **DISMISSED WITH PREJUDICE**;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** judgment, and there is no just cause for delay.

This 14th day of October, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1